1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DANIEL USON, | ) | Case No.: C 09-01312 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| | ) | |
| v. | ) | |
| | ) | |
| LITTON LOAN SERVICING, LP, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 1, 2009, defendant Lime Financial Services, Ltd. moved to dismiss the complaint pursuant to Rule 12(b)(6). On April 6, 2009, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than April 13, 2009. ("April 6, 2009 Order"). All of the parties have not consented (or otherwise responded to the April 6, 2009 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be reassigned to a

1 | district court judge.

2 |     IT IS SO ORDERED.

3 | Dated:   April 27, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*