

IT IS SO ORDERED

Judge James Ware

4/29/2009

BANDER LAW FIRM LLP
Joel R. Bander (SBN 119460)
1055 W. 7th Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 873-4333
Facsimile: (213) 873-4334
info@banderlaw.com

Attorney(s) for Plaintiff, DANIEL USON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL USON, an individual<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP., a limited partnership; QUALITY LOAN SERVICE, a corporation; LIME FINANCIAL SERVICES, LTD., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C09-01312 JW (PVT)<br><br>NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE THAT this action is dismissed by Plaintiff DANIEL USON in its entirety without prejudice.

This dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

Plaintiff has the absolute right to dismiss the action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. Rules Civ. Pro. § 41(a)(1)(A)(i); see, Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 Fed. 3d. 1074, 1077 (9th Cir. 1999) ("A court has no discretion to exercise once a Rule 41(a)(1) dismissal is filed.").

1  Voluntary dismissal presumed "without" prejudice unless plaintiff's notice of dismissal
2  states otherwise. Fed. Rules Civ. Pro. § 41(a)(1)(A), *see* Pedrina v. Chun, 987 Fed. 2d 608, 610,
3  fn. 3 (9th Cir. 1993).

4  Plaintiff's absolute right to dismiss before an answer or a summary judgment motion is not
5  affected by the amount of effort expended by defendant or how far the lawsuit has advanced. *See*
6  American Soccer Co., Inc. v. Score First Enterprise, 187 Fed. 3d 1108, 1110-1112 (9th Cir. 1999).

7  DATED: April 27, 2009          BANDER LAW FIRM LLP

_____
JOEL R. BANDER
Attorneys for Plaintiff
DANIEL USON

**IT IS SO ORDERED:**

The Court terminates any remaining deadlines, hearings and motions. The Clerk shall close this file.

Dated: April 29, 2009            _____
                                 United States District Judge

BANDER LAW FIRM LLP
1055 West 7th Street, Suite 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 873-4333